UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JUSTER M. NJUGUNA | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| vs. | \|  CASE NO. 3:07-cv-0225 |
| | \| |
| JEREMIE SHENEMAN and | \| |
| JTS PROPERTIES, LLC | \| |
| | \| |
| Defendants. | \| |

NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Juster Njuguna, by counsel, Mary J. Hoeller, and pursuant to Federal Rule of Civil Procedure 41(a) notifies the Court that she is voluntarily dismissing this action.

Respectfully Submitted,

s/Mary J. Hoeller, One of the Attorneys
For Plaintiff, Juster Njuguna

**Distribution via the Court's electronic filing system to:**

Mary J. Hoeller              mary@attorneyhoeller
Jacqueline Sells Homann      jsh@jonesobenchain.com